Joseph B. Beste Company, Respondent, v. Adam J. Novaky, Doing Business under the Name of Raritan Grain Elevator Co., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings: Grace Howe Coe, Judgment Creditor, Respondent, v. Dudley B. Coe, Judgment Debtor, Appellant.— Order unanimously modified by reducing the amount to be paid each month on account of judgment to the sum of $100, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of B. H. Inness Brown and Others, and Lawrence S. Greenbaum and Others, Petitioners, Respondents, for an Order Fixing the Amount to Which Petitioners Are Entitled as Compensation and for the Determination and Enforcement of Their Liens for Services Rendered in Certain Actions in This Court Entitled John Gerdes and Another v. Clarence K. Reynolds and Others, and John Gerdes and Another v. Globe Indemnity Co., Inc. John Gerdes and Another, Respondents, Appellants.— Orders unanimously affirmed, with costs and disbursements to the petitioners, respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Irene Hoppel, Respondent, Appellant, v. Julius Muehlstein, Appellant, Respondent.— Order in so far as it grants plaintiff's motion for examination before trial of the defendant unanimously reversed and said motion denied. Order in so far as it grants defendant's motion for leave to serve a supplemental answer and for an examination before trial of plaintiff, unanimously affirmed, with twenty dollars costs and disbursements to the defendant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present. — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of Alexander Ackerson.— Motion for an order vacating the order of this court entered December 22, 1926, disbarring said Alexander Ackerson from practice as an attorney and counselor-at-law denied. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of Richard A. Knight in Relation to an Attorney.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of Richard A. Knight.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Henry W. Flexner v. Jennie M. Mendleson and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Leon Sanders v. Favorable Realty Corp.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Caron Corporation v. R. K. O. Radio Pictures, Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.